**Order entered June 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01001-CV

**NATALIE L. HOLMES, Appellant**

**V.**

**SOUTHERN METHODIST UNIVERSITY, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-11311**

## ORDER

The June 27, 2016 motion to withdraw as counsel for appellant, filed by attorney

Lawrence Fischman, is **GRANTED**, and the Clerk of the Court is **DIRECTED** to (1) remove

Mr. Fischman as appellant's counsel of record in this cause and (2) list as counsel

> Natalie L. Holmes
> State Bar No. 24044724
> Kevin W. Holmes, CPA, Inc.,
> 2203 Timberloch Pl., Suite 115
> The Woodlands, Texas 77380
> Telephone: (281) 296-6667
> woodlandsattorney@gmail.com.

/s/     MOLLY FRANCIS
         JUSTICE